# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D22-2566
LT Case No. 2019-304931-CFDB

_____

JASON HERNANDEZ,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Volusia County.
Leah R. Case, Judge.

Andrea Flynn Mogensen, of Law Office of Andrea Flynn
Mogensen, PA, Sarasota, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Roberts J.
Bradford, Jr., Assistant Attorney General, Daytona Beach, for
Appellee.

October 10, 2023

PER CURIAM.

    AFFIRMED.

WALLIS, JAY, and EISNAUGLE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____